AO91 (Rev. 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

AUG - 3 2005

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Marin MARTINEZ-Hernandez
A76 981 532
DOB: 1955
POB: Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-05-3305-M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about August 2, 2005 (Date) in Hidalgo County, in the Southern District of Texas defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly conspired and agreed to transport aliens knowing or in reckless disregard of the fact that an alien, that is, Alicia Rivera-Trejo was an alien who had come to, entered, or remained in the United States in violation of law, transported, moved, or attempted to transport, or move such alien within the United States by means of a motor vehicle in furtherance of such violation of law for the purpose of commercial advantage and

in violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I)(II).

I further state that I am a(n) Jorge Jimenez and that this complaint is based on the following facts:
                                Official Title

See Attachment

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Approved by: Anibal J. Alanix
AUSA

Signature of Complainant

Jorge Jimenez
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 3, 2005                                      at      McAllen, Texas
Date                                                        City and State

Dorina Ramos, U.S. Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer