UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

GJ 13

United States District Court
Southern District of Texas
FILED

AUG 16 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. |
| MARIN MARTINEZ-HERNANDEZ | § | **M-05-663** |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about August 2, 2005, in the Southern District of Texas and within the jurisdiction of the Court, defendant

MARIN MARTINEZ-HERNANDEZ

did knowingly and intentionally conspire and agree with other person or persons known and unknown to the Grand Jurors in knowing and in reckless disregard of the fact that seven individuals were aliens, who had come to, entered, and remained in the United States in violation of law, to knowingly transport, move, attempt to transport, and attempt to move such aliens in furtherance of such violation of law within the United States, that is, from a location near Progreso, Texas Port of Entry, to another location somewhere in Florida, by means of a motor vehicle for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

A TRUE BILL

_____
FOREPERSON

CHUCK ROSENBERG
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY